## North Philadelphia Trust Company, Appellant, *v.* Kensington National Bank.

Argued December 10, 1937. Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Samuel Knox White,* of *Peck & White,* with him *John Kline Young,* for appellant.

*Frederick H. Spotts* and *Pepper, Bodine, Stokes & Schoch,* for appellee, were not heard.

PER CURIAM, January 3, 1938:
The judgment is affirmed on the opinion of the able President Judge of the court below, Judge FINLETTER.